United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 18-15693-ER
Kami Emein                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: scowanC              Page 1 of 2                  Date Rcvd: Oct 11, 2018
                              Form ID: ntcpdiv           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
```
db             +Kami Emein,    1484 South Beverly Drive, #103,   Los Angeles, CA 90035-3041
38524977       +4761 Century, Inc.,    dba In & Out Carwash,   9001 National Blvd.,    Los Angeles, CA 90034-3113
38524978       +A&E Interstate Carwash, Inc.,    11906 Wilshire Blvd., Suite 26,    Los Angeles, CA 90025-6617
38524979       +A&E Interstate Properties, LLC,    11906 Wilshire Blvd., Suite 26,    Los Angeles, CA 90025-6617
38524981       +Axis Capital, Inc.,    c/o Mary Ann Rousso, Esq.,    Hemar, Russo & Heald, LLP,
                 15910 Ventura Blvd., 12th Fl.,    Encino, CA 91436-2829
38524983       +California Dept of Tax & Fee Admin.,    450 N Street,    Sacramento, CA 94279-0001
38524987       +Chase Bank,    c/o Michael S. Hunt, Esq.,    Hunt & Henriques,    151 Bernal Rd., #8,
                 San Jose, CA 95119-1491
38524989       +Deer Creek Car Wash,    400 N. Mountain Ave.,    Upland, CA 91786-5176
38524988        Deer Creek Car Wash,    c/o Jean Cihigoyenetche, Esq.,    Cihigoyenetche, Grossberg & Clouse,
                 8038 Daven Ave, Suite E,    Upland, CA 91786
38524976       +Douglas M. Neistat,    Greenberg & Bass,    16000 Ventura Boulevard,    Suite 1000,
                 Encino, CA 91436-2762
38524991       +Downs Energy,    c/o Gary E. Hickman, Esq.,    1800 W. Katella Ave., #101,
                 Orange, CA 92867-3449
38524993       +Dr. Stanley Brosman, MD,    2021 Santa Monica Blvd.,    Suite 510,    Santa Monica, CA 90404-2160
38524995       +Farid Moradi,    10460 Lindbrook Drive,    Los Angeles, CA 90024-3330
38584018       +HANK 26 Inc,    c/o Farhad Novian Esq,    Novian & Novian LLP,    1801 Century Park Ste 1201,
                 Los Angeles CA 90067-2314
38524997       +Hanmi Bank,    c/o Kenneth H. Moss, Esq.,    555 Marin Street, Suite 140,
                 Thousand Oaks, CA 91360-4103
38524999       +Joseph Amin,    1022 LAUREL WAY,    Beverly Hills, CA 90210-2333
38525000       +KB In & Out, Inc.,    4700 W. Century Blvd.,    Inglewood, CA 90304-1442
38525002       +Pacific Bancorp, Inc.,    c/o Kousha Berokim, Esq,    270 N. Canon Drive, 3rd floor,
                 Beverly Hills, CA 90210-5311
38525003       +Porsche Financial Services,    c/o Thomas H. Hutchinson, Esq.,    Law Offices of Beck & Browning,
                 3828 Carson Street, #100,    Torrance, CA 90503-6702
38525004       +Portfolio Recovery Assoc.,    c/o Michael S. Hunt, Esq.,    Hunt & Henriques,
                 151 Bermal Road, Suite 8,    San Jose, CA 95119-1491
38525005       +Shahram Elyaszadeh,    c/o Geoffrey M. Gold, Esq.,    1901 Avenue of the Stars,
                 Los Angeles, CA 90067-6001
38525007       +State Board of Equalization,    10760 4th Street,    Suite 200,    Rancho Cucamonga, CA 91730-0976
38525006        State Board of Equalization,    P.O. Box 94279,    Sacramento, CA 94279-0055
38525008       +Sunrise Financial, LLC,    Judgment Creditor Assignee,    c/o Kevin J. Leichter, Esq.,
                 10203 Santa Monica Blvd., 4th Floor,    Los Angeles, CA 90067-6439
38525009       +United Pacific Bank,    c/o Gary Tokumori, Esq.,    555 South Flower St., 30th Floor,
                 Los Angeles, CA 90071-2440
38525011        Volvo Car Financial,    Volvo Car Financial Services,    Mobile, AL 36691
38525012       +Volvo Car Financial Services,    PO Box 91300,    Mobile, AL 36691-1300
38525015       +Wilshire State Bank,    3200 Wilshire Blvd., 7th Floor,    Los Angeles, CA 90010-1311
38525013       +Wilshire State Bank,    c/o John L. Jones II, Esq.,    1055 West Seventh Street,    Suite 2800,
                 Los Angeles, CA 90017-2554
38525014      #+Wilshire State Bank,    c/o Sam S. Oh Esq.,    Lim Ruger & Kim, LLP,
                 1055 West Seventh Street, #2800,    Los Angeles, CA 90017-2554
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: BJJMENCHACA.COM Oct 12 2018 07:08:00      John J Menchaca (TR),
                 835 Wilshire Blvd., Suite 300,    Los Angeles, CA 90017-2655
smg             EDI: EDD.COM Oct 12 2018 07:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Oct 12 2018 07:08:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
smg             E-mail/Text: finance.bankruptcy@lacity.org Oct 12 2018 03:18:12      Los Angeles City Clerk,
                 P.O. Box 53200,    Los Angeles, CA  90053-0200
38524980       +EDI: AMEREXPR.COM Oct 12 2018 07:08:00      Amex,    Correspondence,    P.O. Box 981540,
                 El Paso, TX 79998-1540
38524982       +EDI: BANKAMER2.COM Oct 12 2018 07:08:00      Bank of America,    PO Box 660576,
                 Dallas, TX 75266-0576
38524985       +EDI: CAPITALONE.COM Oct 12 2018 07:08:00      Capital One,    Attn: Gen. Corres./Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
38524984       +EDI: CAPITALONE.COM Oct 12 2018 07:08:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
38524990       +EDI: DISCOVER.COM Oct 12 2018 07:08:00      Discover,    P.O. Box 29033,    Phoenix, AZ 85038-9033
38524994       +E-mail/Text: bknotice@ercbpo.com Oct 12 2018 03:18:40      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
38524996        EDI: CALTAX.COM Oct 12 2018 07:08:00      Franchise Tax Board,    Attn: Bankruptcy,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
38524998       +EDI: IRS.COM Oct 12 2018 07:08:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
38525001       +EDI: NAVIENTFKASMSERV.COM Oct 12 2018 07:08:00      Navient,    Attn: Claims Dept,    PO Box 9500,
                 Wilkes- Barr, PA 18773-9500
38525006        EDI: CALTAXFEE Oct 12 2018 07:08:00      State Board of Equalization,    P.O. Box 94279,
                 Sacramento, CA 94279-0055
```

```
District/off: 0973-2           User: scowanC              Page 2 of 2                   Date Rcvd: Oct 11, 2018
                               Form ID: ntcpdiv           Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
38524975*      +Kami Emein,    1484 South Beverly Drive, #103,    Los Angeles, CA 90035-3041
38524986      ##+Chase Bank,    c/o Raymond J. Lee, Esq.,    c/o Zwicker & Associates,
                199 S. Los Robles Ave., #410,    Pasadena, CA 91101-2438
38524992      ##+Dr. Aaron Sheily,    12756 W. Washington Blvd.,    Los Angeles, CA 90066-2309
38525010      ##+Universal Payment Corp,    931 Penn Ave,    Pittsburgh, PA 15222-3837
                                                                                  TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              Douglas M Neistat    on behalf of Debtor Kami   Emein dneistat@greenbass.com,
               mramos@greenbass.com;ecfnotification@greenbass.com
              John J Menchaca (TR)    jmenchaca@menchacacpa.com,    ca87@ecfcbis.com;igaeta@menchacacpa.com
              Michael J Conway    on behalf of Defendant Kami   Emein MConway@greenbass.com,
               ksopky@greenbass.com;ecfnotification@greenbass.com
              Michael N Berke    on behalf of Plaintiff Joseph   Amin michael.berke@berkeslaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Kami Emein
**SSN:** xxx–xx–9135
**EIN:** N/A
fdba Robertson Carwash, fdba Best Car Wash,
fdba KB In & Out, fdba Century Car Wash, fdba
Reseda Car Wash, ...

1484 South Beverly Drive, #103
Los Angeles, CA 90035

**BANKRUPTCY NO.** 2:18–bk–15693–ER
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before January 14, 2019**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: October 11, 2018

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015

**23 / M8**